Entered
JS6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE ANTONIO DUNSON,<br><br>        Petitioner,<br><br>  v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | CV 07-5209 AHS(RNB)<br><br><br>JUDGMENT |

     Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the operative Second Amended Petition is denied and this action is dismissed with prejudice.

     DATED: October 14, 2008.

ALICEMARIE H. STOTLER

                                  ALICEMARIE H. STOTLER
                                  CHIEF U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY